**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN JOSEPH HENDERSON, | |
| Plaintiff, | Civ. No. 22-6201 (GC) (DEA) |
| v. | |
| JOHN & JANE DOE(S), | **MEMORANDUM & ORDER** |
| Defendants. | |

Plaintiff is a prisoner detained at the Somerset County Jail in Somerville, New Jersey. Plaintiff is proceeding *pro se* with a civil complaint. (*See* ECF 1). On November 9, 2022, this Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and administratively terminated this case. (*See* ECF 2). However, this Court gave Plaintiff thirty days in which to either pay the applicable filing fee or submit a complete *in forma pauperis* application. (*See id.*). On November 23, 2022, Plaintiff filed a motion for an extension of time in which to submit a complete *in forma pauperis* application. (*See* ECF 3). Plaintiff seeks until December 16, 2022 to file that application. Good cause appearing,

IT IS on this 8th day of December, 2022,

ORDERED that Plaintiff's motion for an extension of time to file an *in forma pauperis* application (ECF 3) is granted; and it is further

ORDERED that Plaintiff shall have until December 16, 2022 in which to file a complete *in forma pauperis* application; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge